**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| | * |
| **HASSAN MOHAMMED** | * |
| **Plaintiff** | * |
| **v.** | *   **CIVIL NO.  JKB-18-2773** |
| **BIOFIRE DIAGNOSTICS, LLC** | * |
| **Defendant** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER OF DISMISSAL

Now pending before the Court is the Defendant's MOTION TO DISMISS (ECF No. 11). The Plaintiff has responded (ECF No. 15) and the Defendant has replied (ECF No. 16).  The Motion to Dismiss will be GRANTED.

Incredibly, after all of the back and forth, the contortions, the extensions, etc. (*see* ECF Nos. 3, 4, 5, 6, 7, 12, 13), Plaintiff still has not effected service in this case.  The time for doing so under the rules has expired.  The Plaintiff has failed to demonstrate good cause for failure to comply with the requisite time limits.

Accordingly, this case is DISMISSED.  The Clerk is directed to CLOSE THIS CASE.

DATED this 30th day of April, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge